IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

SANDRA SMALLS,

    Plaintiff,

v.                            CASE NO. CV418-091

CHATHAM COUNTY, GEORGIA,

    Defendant.

## O R D E R

Before the Court is the parties' Joint Stipulation of Dismissal with Prejudice. (Doc. 15.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), a plaintiff may dismiss an action by filing "a stipulation of dismissal signed by all parties who have appeared." As requested by the parties, this action is **DISMISSED WITH PREJUDICE**. Each party shall bear its own costs and attorneys' fees. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 19th day of October 2018.

                                    WILLIAM T. MOORE, JR.
                                  UNITED STATES DISTRICT COURT
                                  SOUTHERN DISTRICT OF GEORGIA

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2018 OCT 22 AM 11:32
CLERK
SO. DIST. OF GA.